# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>ISAIAH CROPPS<br>a/k/a "OZ"<br><br>*Defendant(s)* | Case No. 18-1030-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 22, 2018 in the county of Delaware in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

WILLIAM CAPRA, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/25/2018

*Judge's signature*

City and state: Philadelphia, PA

HON. TIMOTHY R RICE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, William Capra, being duly sworn, state as follows:

### I. Background

1. I am a Special Agent with Homeland Security Investigations ("HSI"), and have been so employed since November 2006. Prior to my employment as a Special Agent, I was an Officer with Customs and Border Protection ("CBP"), from October 2004 to November 2006. Since becoming a Special Agent, I have participated in numerous investigations into suspected international narcotics trafficking and money laundering. I am currently assigned to the Philadelphia Special Agent in Charge, Cyber Crimes Group. Prior to my current duty location, I was assigned to the Pittsburgh Assistant Special Agent in Charge HSI Office, Contraband Smuggling Group.

2. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code and other related offenses.

3. In addition to my investigative experience, I have successfully completed the following trainings: Customs and Border Protection Integrated Basic Academy, Criminal Investigator Training Program, ICE Special Agent Training, Conducting Title III Intercepts, Asset Identification and Removal Group/Financial Investigations, Designated Technical Agent, HIDTA Dark Web, Department of Justice's Complex Computer Seminar and HSI's Virtual Currency and Online Undercover Investigations trainings. I am adjunct instructor at the Federal Law Enforcement Academy, and I have graduated from ICE's Instructor Development Course. Lastly, I have earned a Bachelor's degree in Law Justice Studies, with a minor in Business Administration, from Rowan University in Glassboro, New Jersey in December 2001.

4. The statements contained in this affidavit are based on my own knowledge and on information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation, but rather those facts which I believe are necessary to establish probable cause.

5. I submit this affidavit in support of a criminal complaint against ISAIAH CROPPS, a/k/a "OZ," for a violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon, namely, (1) a Smith & Wesson, model 442, Airweight, .38 S&W Special caliber revolver, Serial Number DJW9940 and (2) an SCCY, model CPX-2, 9mm caliber semiautomatic pistol, Serial Number 383534, which occurred on June 22, 2018.

### II. Evidence

6. On June 21, 2018, a Source of Information (SOI) contacted Homeland Security Investigations (HSI) Philadelphia Special Agents and advised that he met an individual he knew

only as "OZ" in Sharon Hill, Pennsylvania on or about June 18, 2018. As described below, law enforcement officers later identified "OZ" as ISAIAH CROPPS. CROPPS offered to sell this SOI various drugs, including crack cocaine, marijuana, counterfeit Percocet pills, cocaine, and Xanax. CROPPS later asked the SOI if the SOI could get "machine guns." CROPPS ultimately offered to exchange the SOI a 9mm semi-automatic pistol and $1,000 U.S. currency for an AK-47 semi-automatic rifle and an AR-15 semi-automatic rifle.

7. On June 22, 2018, the SOI again contacted HSI Philadelphia Special Agents and reported that CROPPS had contacted the SOI and asked about acquiring the two rifles because he wanted to execute a home invasion robbery of an unidentified victim in pursuit of $40,000 in cash. CROPPS invited the SOI to participate in the home invasion robbery for an $8,000 cut of the $40,000 theft. CROPPS showed the SOI part of his Pennsylvania driver's license from which law enforcement officers were able to identify him as ISAIAH CROPPS.

8. HSI Task Force Analysts then began to investigate CROPPS's background and criminal history. A criminal records check reported that CROPPS has a prior felony conviction for a state firearms violation. Specifically, on May 16, 2007, CROPPS pleaded guilty in the Court of Common Pleas for Delaware County to a felony offense of carrying a firearm without a license and was sentenced to 18 to 36 months in prison. On the same date, he also pleaded guilty to misdemeanor resisting arrest. Moreover, Pennsylvania State Police Troopers confirmed that CROPPS was wanted for outstanding traffic warrants.

9. Later on June 22, 2018, HSI and Drug Enforcement Administration (DEA) Special Agents met with the SOI and conducted a consensually recorded call to CROPPS. During the recorded telephone call, CROPPS stated that he would meet with the SOI and exchange $1,000 in U.S. currency and a 9mm semi-automatic pistol for an AR-15 semi-automatic rifle and an AK-47 semi-automatic rifle. CROPPS agreed to meet with the SOI near Poplar Street, Sharon Hill, Pennsylvania.

10. Later on the same day, special agents from HSI, DEA, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), as well as Pennsylvania State Police (PSP) Troopers, conducted surveillance in the vicinity of Poplar and Laurel Streets to observe the meeting between the SOI and CROPPS. Special Agents watched the SOI and CROPPS meet in the area and ultimately learned from the SOI that CROPPS was in possession of $1,000 USD and a pistol that he intended to trade for two assault rifles. After the SOI confirmed that the firearm was in CROPPS's vehicle, Special Agents extracted CROPPS from his vehicle and arrested him without incident. Special Agents searched CROPPS incident to arrest and found a loaded .38 caliber revolver in his front right pocket and a large amount of U.S. currency in this left pocket. A second loaded 9 mm handgun was found on the driver's side floor board of CROPPS's vehicle. The 9 mm semi-automatic pistol was outfitted with a laser sight that was on activated at the time of the arrest. There was also a spare magazine to a third pistol found in the vehicle's center console along with a single box of pistol ammunition.

11. After CROPPS's arrest, I, along with a special agent from DEA, transported CROPPS from the arrest location to the United States Custom House in Philadelphia, Pennsylvania for interviewing and processing. Prior to questioning, I provided CROPPS with his written *Miranda*

2

warnings. CROPPS read his rights, initialed each statement indicating that he knew his rights, and then signed a waiver to speak with agents without the presence of an attorney. Additionally, I informed CROPPS that the interview would be audio recorded and I placed the recorder in plain sight of CROPPS.

12. During his post-*Miranda* interview, CROPPS stated that he is a convicted felon and that he knew that he was prohibited from possessing a firearm. CROPPS admitted that he possessed the revolver found in his pocket, which he described as a "38 Special." CROPPS stated that he purchased the "38 Special" from a person he knew only as "John" at a garage on the outskirts of Chester City, Pennsylvania. As for the firearm found in his car, CROPPS admitted that he was in possession of that firearm as well and intended to give that firearm to the SOI because it was the SOI's weapon. CROPPS described the second firearm as an "SCCY" brand firearm. CROPPS denied that he intended to purchase the AK-47 and the AR-15 from the SOI.

13. After recovering the two firearms, and with the assistance of ATF, I began to research the history of the two weapons found on CROPPS and in CROPPS's vehicle. The firearm recovered from CROPPS's pocket was identified as a Smith & Wesson, model 442, Airweight, .38 S&W Special caliber revolver, Serial Number DJW9940. The firearm recovered from CROPPS's vehicle was identified as a SCCY, model CPX-2, 9 mm caliber semiautomatic pistol, Serial Number 383534. According to ATF, neither firearm was manufactured in the Commonwealth of Pennsylvania. Thus, both firearms necessarily traveled in interstate commerce.

### III. Conclusion

14. Based on the above facts, I believe that there is probable cause to conclude that on June 22, 2018, in the Eastern District of Pennsylvania, ISAIAH CROPPS, a/k/a "Oz," was a convicted felon who illegally possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(1). Therefore, I request that the Court authorize a Criminal Complaint and issue a warrant for his arrest.

William Capra, Special Agent
Homeland Security Investigations

Sworn and subscribed
before me this **25** day
of June, 2018

HON. TIMOTHY R. RICE
United States Magistrate Judge

3